UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/9/19
```

RICHARD J. CAPAK,

          Plaintiff,

v.

TAUHEED EPPS *also known as* 2 CHAINZ and RORY DORALL SMITH,

          Defendants.

No. 18-CV-4325 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the status conference scheduled before Magistrate Judge Parker on December 18, 2019, the post-discovery conference currently scheduled before this Court on Friday, December 13, 2019 is hereby adjourned *sine die*. No later than January 3, 2020, the parties shall jointly file a letter updating the Court as to the status of the case.

SO ORDERED.

Dated:    December 9, 2019
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge