```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RICHARD J. CAPAK,

                          Plaintiff,

          -against-

TAUHEED EPPS *also known as* 2
CHAINZ and RORY DORALL SMITH,

                        Defendants.

-----------------------------------------------------------------X

**18-cv-4325 (RA) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed during yesterday's status conference, Plaintiff will be permitted to move to amend his Complaint to add the management company that purportedly hired and/or employed Defendant Smith. Plaintiff's motion is due by **January 10, 2020** and Defendants' opposition briefs are due by **January 24, 2020**. There will be no reply.

      Additionally, Defendant Epps will be permitted to move for summary judgment. Defendant Epps's motion will be due by **January 10, 2020**, opposition briefs will be due by **January 31, 2020**, and Defendant Epps's reply brief will be due by **February 7, 2020**.

      The parties shall file a joint status letter on ECF by **January 31, 2020**, advising the Court whether Plaintiff has provided Defendants with Plaintiff's medical authorizations and/or medical records and addressing any other issues the parties wish to raise with the Court.

      The deadline to complete expert depositions is extended to **30 days after a ruling on Plaintiff's Motion to Amend**.

      A status conference in this matter is hereby scheduled for **February 19, 2020 at 12:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED:   December 19, 2019
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge