USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/10/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD J. CAPAK,

        Plaintiff,

v.

TAUHEED EPPS *also known as* 2 CHAINZ and RORY DORALL SMITH,

        Defendants.

No. 18-CV-4325 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 9, 2019, the Court ordered the parties to jointly file a letter, no later than January 3, 2020, updating the Court as to the status of this case. The parties have not done so. No later than January 16, 2020, the parties shall jointly file a letter updating the Court as to the status of this case.

SO ORDERED.

Dated:    January 10, 2020
             New York, New York

                                        Ronnie Abrams
                                        United States District Judge