USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/10/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD J. CAPAK,

        Plaintiff,

v.

TAUHEED EPPS *also known as* 2 CHAINZ and RORY DORALL SMITH,

        Defendant.

No. 18-CV-4325 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 7, 2020, Plaintiff Richard J. Capak filed his opposition to Defendant Tauheed Epps' motion for summary judgment. *See* Dkt. 79. In connection with his opposition, Plaintiff also filed a Declaration of Chad B Russell, Dkt. 78, and a response to Defendant Epps' Rule 56.1 Statement of Material Facts, Dkt. 80. Plaintiff inexplicably filed the majority of all three documents in "redacted" form on the docket, despite the fact that Plaintiff never requested —let alone was granted—leave to file any of these documents under seal. Plaintiff shall refile his opposition, Declaration of Chad B Russell, and response to Defendant Epps' Rule 56.1 Statement of Material Facts publicly on the docket. If Plaintiff seeks to file any portion of these documents under seal or in redacted form, Plaintiff must do so in accordance with Paragraph 5(A) of this Court's Individual Rules & Practices in Civil Cases and the Southern District's Local Rules.

SO ORDERED.

Dated:   February 10, 2020
          New York, New York

                                              Ronnie Abrams
                                              United States District Judge