USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/02/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

RICHARD J. CAPAK,

                                        Plaintiff,

              -against-

TAUHEED EPPS *also known as* 2
CHAINZ and RORY DORALL SMITH,

                                   Defendants.

----------------------------------------------------------------X

18-cv-4325 (RA) (KHP)

**ORDER RESCHEDULING
STATUS CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The status conference in this matter that was previously scheduled for Wednesday, February 19, 2020 at 12:00 p.m. is hereby rescheduled for **Thursday, March 26, 2020 at 3:30 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:    March 2, 2020
             New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge