UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

RICHARD J. CAPAK,

                              Plaintiff,

            -against-

TAUHEED EPPS *also known as* 2
CHAINZ and RORY DORALL SMITH,

                              Defendants.

------------------------------------------------------------------X

18-cv-4325 (RA) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The status conference scheduled for March 26, 2020 at 3:30 p.m. is hereby converted to a telephone conference. The parties should dial the following number: (866) 434-5269. The access code is: 4858267 (if prompted to put in security code, re-enter access code).

**SO ORDERED.**

DATED:    March 16, 2020
                New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge