# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

RICHARD J. CAPAK,

                Plaintiff,                      18 **CIVIL** 4325 (RA)

        -against-                           **JUDGMENT**

TAUHEED EPPS *also known as* 2 CHAINZ
AND RORY DORALL SMITH,
                Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 10, 2020, Defendant Epps' motion for summary judgment is granted, and judgment is entered for Epps.

**Dated:** New York, New York
          June 11, 2020

                                                    **RUBY J. KRAJICK**
                                                    Clerk of Court
                           **BY:**
                                                    Deputy Clerk