USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RICHARD J. CAPAK,

                        Plaintiff,

        -against-

TAUHEED EPPS *also known as* 2
CHAINZ and RORY DORALL SMITH,

                       Defendants.

-----------------------------------------------------------------X

18CV4325 (RA) (KHP)

ORDER RESCHEDULING STATUS CONFERENCE

**KATHARINE H. PARKER, United States Magistrate Judge:**

The telephonic Status Conference scheduled for Thursday, September 3, 2020 at 10:30 a.m. is hereby rescheduled to **Tuesday, September 8, 2020 at 2:00 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

        SO ORDERED.

DATED:    August 26, 2020
                New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge