USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RICHARD J. CAPAK,

                          Plaintiff,                  18-CV-4325 (RA) (KHP)

      -against-                            **ORDER**

RORY DORALL SMITH,

                          Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

Pursuant to defense counsel's request to withdraw as counsel at ECF No. 110, the Court requests that both Defendant Smith and his attorney, Douglas Doneson, attend an ex parte teleconference with the Court to discuss defense counsel's request to withdraw and Defendant's response to the request. The call will take place on January 8, 2021 at 12:30 p.m. Both Defendant and his attorney must attend. **Please call (866) 434-5269, access code: 4858267 at the scheduled time**. A private security code will be provided to the teleconference participants in advance of the call.

      **SO ORDERED.**

DATED:    December 28, 2020
               New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge