```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD J. CAPAK,

                Plaintiff,

    -against-

RORY DORALL SMITH,

                Defendant.

**ORDER**

18-CV-4325 (RA) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        Insofar as Defendant is now proceeding pro se, the Court advises Defendant that he may use the resources of a free legal clinic called the New York Legal Assistance Group. The clinic is not part of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. Because of the COVID pandemic, the Clinic is open for telephonic rather than in-person appointments. Defendant is encouraged to make an appointment with the Clinic by calling (212) 659-6190. The Clinic may be able to assist Defendant in preparing for trial.

**The Clerk of Court is directed to mail a copy of this order to Defendant Rory Dorall Smith at 6592 Swift Creek Rd, Lithonia, GA 30058.**

        SO ORDERED.

Dated: New York, New York
       July 28, 2021

                                                      */s/ Katharine H. Parker*
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge