| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 10/15/2021 |

RICHARD J. CAPAK,

                Plaintiff,

      v.

RORY DORALL SMITH,

                Defendant.

No. 18-CV-4325 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In the interest of transparency, the Court advises the parties of the following: on October 14, 2021, Mr. Smith called my chambers and spoke with one my law clerks. Mr. Smith stated that his former counsel had informed him of the Court's most recent order, and he further stated that he had not been receiving the orders recently mailed to him by the Court and Magistrate Judge Parker (although he confirmed the accuracy of the address that has been used). My chambers provided Mr. Smith with (1) the phone number for the Court's pro se office, so that he might inquire about the possibility of receiving electronic service; (2) the contact information for the New York Legal Assistance Group's clinic for *pro se* litigants; and (3) information about how to access the October 29, 2021, 3:00 p.m. telephone conference, which remains on the calendar.

    The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Smith at the same address it has been using: 6592 Swift Creek Rd, Lithonia, GA 30058.

SO ORDERED.

Dated:    October 15, 2021
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge