USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD J. CAPAK,

                              Plaintiff,

                  -against-

RORY DORALL SMITH,

                              Defendant.

**ORDER**

**18-CV-4325 (RA) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed during the discovery conference held on July 11, 2022, discovery is reopened for the limited purposes of obtaining: (1) Plaintiff's medical records referenced in his deposition; (2) the video-recording of the incident referenced in his deposition; and (3) any statements in Plaintiff's custody or control made by Mr. Harry Velez. Plaintiff shall provide updated medical authorizations to Defendant by July 18, 2022. Additionally, to the extent Defendant wishes to depose Mr. Velez, or Dr. Kaplan (Plaintiff's medical expert), he shall do so by August 31, 2022.

The parties shall file a joint status letter via ECF by **September 9, 2022**.

**SO ORDERED.**

Dated: New York, New York
        July 11, 2022

KATHARINE H. PARKER
United States Magistrate Judge