```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD J. CAPAK,

        Plaintiff,

  -against-

RORY DORALL SMITH,

        Defendant.

**ORDER**

18-CV-4325 (RA) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

  As discovery is now set to close on October 31, 2022, a case management conference is scheduled for **Tuesday, November 29, 2022 at 11:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

  **SO ORDERED.**

Dated: New York, New York
   September 8, 2022

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge

1