```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD J. CAPAK,

                        Plaintiff,

      -against-

RORY DORALL SMITH,

                        Defendant.

**ORDER**

18-CV-4325 (RA) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      As discussed in the January 10, 2023 case management conference, the deadline for the defendant's motion for summary judgment on punitive damages is **Thursday, February 9, 2023**. The deadline for the Plaintiff's response is **February 23, 2023**. The Defendant's reply is due **March 2, 2023**.

      The parties shall also meet and confer regarding the possibility of settlement in this case and shall write a letter to the Court by **January 24, 2023.** The letter shall update the Court on settlement discussions and request a settlement conference if the parties find a conference would be productive.

      **SO ORDERED.**

Dated: New York, New York
       January 11, 2023

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge

1