UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD J. CAPAK,

                Plaintiff,

    v.

RORY DORALL SMITH,

                Defendant.

18-CV-4325 (RA) (KHP)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    No later than January 27, 2023, the parties shall file a letter proposing possible trial dates beginning on April 1, 2023 through the following six months.

SO ORDERED.

Dated:    January 20, 2023
            New York, New York

                                          _____
                                          Ronnie Abrams
                                          United States District Judge