```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RICHARD J. CAPAK,

                                Plaintiff,              18-cv-4325 (KHP)

                -against-                               ORDER

TAUHEED EPPS also known as 2
CHAINZ and RORY DORALL SMITH,

                                Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

By **May 24, 2023**, the parties shall write to the Court stating whether the parties are available for a bench trial on September 12, 2023.

      **SO ORDERED.**

DATED:   May 17, 2023
               New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2023