Case 1:18-cv-04325-KHP   Document 193   Filed 08/17/23   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

RICHARD J. CAPAK,

                    Plaintiff,                    18-cv-4325 (KHP)

       -against-                               <u>ORDER</u>

TAUHEED EPPS *also known as* 2
CHAINZ and RORY DORALL SMITH,

                    Defendants.

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2023

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In connection with the motion in limine at ECF No. 185, by **August 21, 2023**, Plaintiff shall submit a letter listing a complete list of injuries that Plaintiff is claiming and, as to each, whether Plaintiff expects his treating physicians, Dr. Ranga Krishna and/or Dr. Charles Kaplan, to testify as to causation as to that injury.

       **SO ORDERED.**

DATED:    August 17, 2023
               New York, New York

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge