```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICHARD J. CAPAK,
                              Plaintiff,                                18-cv-4325 (KHP)

              -against-                                                 ORDER

RORY DORALL SMITH,
                              Defendant.
-----------------------------------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 9/13/2023**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On September 12, 2023, the parties were scheduled to begin trial in front of the undersigned. Instead, the parties informed the Court on the record that they settled their claims and reached an agreement on all material terms. Later that day, the parties signed a binding term sheet memorializing the material terms of the agreement. In light of the parties' settlement, the bench trial was adjourned.

In accordance with the parties' request, this Court will retain jurisdiction over this matter for the purpose of enforcing the settlement agreement, if necessary. As a result of the settlement, this action is hereby discontinued with prejudice against Plaintiff for further claims and without costs.

The Clerk of the Court is respectfully requested to close this case.

**SO ORDERED.**

DATED:    September 13, 2023
          New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge